COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-471-CV

ROBERT WEST CONSTRUCTION, INC.
 
APPELLANTS

AND ROBERT WEST

V.

BEALL CONCRETE ENTERPRISES, LTD.
 APPELLEE

 
 

----------

FROM THE 393
RD
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J. 

DELIVERED:  March 15, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.